# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3572

_____

BRYAN KERR,

    Appellant,

    v.

CITY OF PALM BAY/PMA
INSURANCE GROUP,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident: May 30, 2017.

September 8, 2021

PER CURIAM.

    AFFIRMED.

LEWIS, B.L. THOMAS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Robert Spears of Law Office of James Spears, PLLC, Orlando, for Appellant.

William H. Rogner, Winter Park, for Appellees.